STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

JOHN A. MANNLE
Special Assistant U.S. Attorney
Suite 6100, Box 50183
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 0 2000

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO.: CR00-00059 SOM |
| Plaintiff, ) | **INDICTMENT** |
| v. ) | 18 U.S.C. § 113(a)(7) |
| DAVID Y. OLIVER, ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

That on or about April 19, 1999, in the District of Hawaii, at Kaneohe Marine Corps Base, Hawaii, a place within the special and maritime territorial jurisdiction of the United States, DAVID Y. OLIVER, defendant herein, did assault A.O., an individual who had not attained the age of 16 years, resulting in substantial bodily injury to said A.O.

All in violation of Title 18, United States Code, Section 113(a)(7).

//

DATED: 2/10/2000 , at Honolulu, Hawaii.

A TRUE BILL.

/s/
FOREPERSON, Grand Jury

/s/
STEVEN S. ALM
United States Attorney
District of Hawaii

/s/
ELLIOT ENOKI
First Assistant U.S. Attorney

/s/
JOHN A. MANNLE
Special Assistant U.S. Attorney

U.S. v. DAVID Y. OLIVER
CR. NO:
"INDICTMENT"