STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

JOHN A. MANNLE (USMC)
Special Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 257-4037, ext. 256/541-2850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 25 2000

at ___ o'clock and ___ min ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 00-00059-SOM |
| ) | |
| Plaintiff, ) | **INFORMATION** |
| ) | |
| vs. ) | 18 U.S.C. § 113(a)(5) |
| ) | |
| DAVID Y. OLIVER, ) | |
| ) | |
| Defendant. ) | |

INFORMATION

The United States Attorney charges that:

On or about the 19th day of April, 1999, in the District of Hawaii, at Marine Corps Base Hawaii, Kaneohe Bay, a place within the special maritime and territorial jurisdiction of the United States, DAVID Y. OLIVER, defendant herein, did assault A.O., an individual who had not attained the age of 16 years.

All in violation of Title 18, United States Code, Section 113(a)(5).

//
//
//

DATED: _25 April 2000_, at Honolulu, Hawaii.

                STEVEN S. ALM
                United States Attorney
                District of Hawaii

By:  ELLIOT ENOKI
     First Assistant U.S. Attorney

     JOHN A. MANNLE
     Special Assistant U.S. Attorney

U.S. V. DAVID Y. OLIVER
CR.NO.: 00-00059-SOM
INFORMATION